# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ANDREA SORNBERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:23-CV-1284-CLS |
| | ) |
| **SCIPLAY CORP. and SCIPLAY GAMES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereby jointly stipulate to dismissal of this action subject to the agreement between the parties that in the event the settlement between the parties does not become final, Plaintiff can be refile her case without prejudice from any time-related defenses such as the statute of limitations or statute of repose based on the passage of time since this action was filed on August 25, 2023. Time-related defenses for the period before August 25, 2023, are preserved.

| /s/ Dargan M. Ware | /s/ Daniel C. Taylor |
|---|---|
| One of the Attorneys for Plaintiff | One of Attorneys for Defendants |
| | |
| John E. Norris | John Earnhardt (ASB-3724-A49J) |
| D. Frank Davis | Carmen Chambers (9445N13U) |
| Wesley W. Barnett | MAYNARD NEXSEN, P.C. |
| Dargan M. Ware | 1901 Sixth Ave N, Suite 1700 |
| DAVIS & NORRIS, LLP | Birmingham, AL 35203 |
| Telephone: 205.930.9900 | Tel: (205) 254-1204 |
| Facsimile: 205.930.9989 | jearnhardt@maynardnexsen.com |
| jnorris@davisnorris.com | cchambers@maynardnexsen.com |

| | |
|---|---|
| fdavis@davisnorris.com<br>wbarnett@davisnorris.com<br>dware@davisnorris.com<br><br>Jeffrey L. Bowling<br>BEDFORD, ROGERS & BOWLING, P.C.<br>303 North Jackson Street<br>P.O. Box 669<br>Russellville, AL 35653-0669<br>Telephone: 256.332.2880<br>jeffbrbpc@bellsouth.net | Daniel C. Taylor (Pro Hac Vice)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, 12th Floor<br>Denver, CO 80202<br>(303) 592-3100<br>daniel.taylor@bartlitbeck.com |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record through the CM/ECF electronic filing system of the United States District Court for the Northern District of Alabama on November 12, 2024.

                                                    /s/   Dargan M. Ware
                                                    One of the attorneys for Plaintiff