# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ANDREA SORNBERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 3:23-cv-1284-CLS |
| | ) |
| **SCIPLAY CORP., and** | ) |
| **SCIPLAY GAMES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court having been notified that all claims embraced in this action have been resolved, it is ORDERED that this case is DISMISSED with prejudice, provided, however, that if the terms of the settlement are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action, and such reinstatement, if and when allowed, shall relate back to the original date of filing.

Costs are taxed as paid.  The clerk is directed to close this file.

**DONE** and **ORDERED** this 25th day of March, 2025.

_____
Senior United States District Judge